IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JACLYN VEHLEWALD, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-02586-CM -GLR |
| | ) | |
| v. | ) | |
| | ) | Judge Murguia |
| ENHANCED RECOVERY | ) | Magistrate Judge Rushfelt |
| COMPANY, LLC f/k/a ENHANCED | ) | |
| RECOVERY CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, JACLYN VEHLEWALD, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

                                                    Respectfully submitted,
                                                    **JACLYN VEHLEWALD**

                                      By:   s/ D. Matthew Durgin
                                                    Attorney for Plaintiff

Dated: January 26, 2011

1

D. Matthew Durgin (Atty. No.: 21557)
LARRY P. SMITH & ASSOCIATES, LTD.
8508 W. 90th Terrace
Overland Park, KS 66212
Telephone:   (913) 908-2313
             (312) 222-9028
Facsimile:   (888) 418-1277
E-Mail:      mdurgin@smithlaw.us