IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JACLYN VEHLEWALD,**

      **Plaintiff,**

v.   Civil No. 10-2586-CM

**ENHANCED RECOVERY COMPANY,
LLC f/k/a ENHANCE RECOVERY
CORPORATION,**

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff filed a Notice of Voluntary Dismissal Pursuant to Settlement, (Doc. 3) on January 26, 2011. Accordingly, it is hereby

ORDERED that good cause has been shown by the plaintiff and this case is hereby dismissed with prejudice, each party to bear its own costs.

**IT IS SO ORDERED** this 27th day of January, 2011 at Kansas City, Kansas.

                s/ Carlos Murguia
                **Carlos Murguia**
                **U.S. District Judge**